IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO.  1:05-CR-36-SPM/AK

KEARSTON LAMONT NEWMAN,

   Defendant.
_____/

## O R D E R

This cause came before the Court for Defendant's Change of Plea hearing .  The Court advised Defendant of his constitutional rights, conducted a change of plea hearing, prepared a Report and Recommendation to the District Judge and set a sentencing date.  The Defendant previously appeared before this court and was released on a conditional bond and the supervision of pre trial services.  The Government did not request detention or any changes in bond status.

According, it is **ORDERED** that the Defendant shall appear before Judge Stephan P. Mickle, on **July 2, 2007, at 1:30 P.M.,** for sentencing. Until that appearance, Defendant will remain subject to the same terms and conditions of pre trial release.

**DONE AND ORDERED** this 29TH day of March, 2007.

ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE