IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:05cr36-SPM

KEARSTON LAMONT NEWMAN,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's unopposed motion to continue his sentencing hearing (doc. 206) is granted.  Sentencing is reset for Tuesday, September 4, 2007, at 1:30 p.m., at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 29th day of June, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge