IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                CASE NO.: 1:05cr36-SPM

KEARSTON LAMONT NEWMAN,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's unopposed motion to continue his sentencing hearing (doc. 201) is granted. Sentencing is reset for 1:30 p.m. on November 5, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 30th day of August, 2007.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge