IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr36-SPM

KEARSTON LAMONT NEWMAN,

    Defendant.
_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant's unopposed motion to continue his sentencing hearing (doc. 236) is granted. Sentencing is reset for 1:30 p.m. on December 3, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 1st day of November, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge