IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 1:05cr36-SPM

KEARSTON LAMONT NEWMAN,

    Defendant.
_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant's unopposed motion to continue his sentencing hearing (doc. 247) is granted. Sentencing is reset for 1:30 p.m. on February 4, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 11th day of January, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge