IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:05cr36-SPM

KEARSTON LAMONT NEWMAN,

    Defendant.
_____/

## ORDER TERMINATING PROBATION

This cause comes before the Court on Defendant's letter requesting early termination of probation (doc. 261). Defendant has been on probation for approximately two years and he was on pretrial supervision for three years prior to being sentenced. Defendant has complied with all conditions. The probation office and the Government were advised of the motion and offer no objection. The Court finds that early termination is warranted by the conduct of Defendant and in the interest of justice. 18 U.S.C. § 3564(c); Fed. R. Crim. P. 32.1(c)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 261) is granted. Defendant's term of probation is successfully terminated and Defendant is discharged.

DONE AND ORDERED this 22nd day of February, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge